```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

John Russo

    v.                                          Civil No. 11-cv-587-SM

State of New Hampshire

## ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS

On January 9, 2012, the court issued an order granting the plaintiff's request to proceed in forma pauperis, and directing the New Hampshire State Prison remit a percentage of income in plaintiff's account to the court until the sum of $350.00 was paid, as set forth in 28 U.S.C. § 1915 (doc. no. 5). In fact, the filing fee for this case is $5.00. The court's order of January 9, 2012, (doc. no. 5) is therefore vacated.

The court grants plaintiff's motion to proceed in forma pauperis (doc. no. 3).

SO ORDERED.

                                                                _____
                                                                 Landya B. McCafferty
                                                                 U.S. Magistrate Judge

January 11, 2012

cc: John Russo, pro se